UNPUBLISHED ORDER
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

June 17, 2005

**Before**

Hon. JOHN L. COFFEY, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

Hon. DIANE S. SYKES, *Circuit Judge*

No. 04-2204

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      *Plaintiff-Appellee,*<br><br>      *v.*<br><br>MARTIN J. APPLEBEE,<br>      *Defendant-Appellant.* | Appeal from the United States<br>District Court for the<br>Western District of Wisconsin.<br><br>No. 03-CR-159-S-01<br><br>John C. Shabaz,<br>*Judge.* |

## O R D E R

This court ordered a limited remand so the district court could state on the record whether the sentence remains appropriate now that *United States v. Booker,* 125 S. Ct. 738 (2005), has limited the Guidelines to advisory status. *See United States v. Paladino,* 401 F.3d 471 (7th Cir. 2005).

The district judge has now replied that he would today impose the same sentence, knowing of the Guidelines' advisory status. The range under the Guidelines is 100 to 125 months, and Applebee's sentence of 115 months is slightly above the midpoint. We do not see any reason why such a sentence would be deemed "unreasonable" in post-*Booker* practice. The judgment of the district court therefore is **AFFIRMED**.